IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CENTER FOR A SUSTAINABLE COAST,<br><br>Plaintiff,<br><br>v.<br><br>COLONEL JOSEPH R. GEARY, in his official capacity as District Commander and District Engineer, U.S. Army Corps of Engineers, Savannah District; and U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendants. | CIVIL ACTION NO.: 4:21-cv-287 |

**O R D E R**

One day after filing its Complaint, (doc. 1), initiating this action, Plaintiff filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction, (doc. 4). At the conclusion of an October 22, 2021, hearing on the Motion, the Court issued an oral ruling denying the Motion. Accordingly, the docket should be updated to reflect that the Motion, (id.), was **DENIED**. Presently before the Court is a Notice of Dismissal filed by the Plaintiff. (Doc. 23.) As neither of the Defendants has filed an answer or a motion for summary judgment, the case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court **DIRECTS** the Clerk of Court to **UPDATE** the docket to reflect the denial of the Motion for Temporary Restraining Order and Preliminary Injunction, (doc. 4), and to **CLOSE** this case.

**SO ORDERED**, this 16th day of November, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA